UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE LYNN WILLIAMS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 18-cv-10423

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
R. STEVEN WHALEN

**ORDER ACCCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#17], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#16], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#15]**

This matter is before the Court on Plaintiff's and Defendant's cross-motions for summary judgment. Dkt. No.15; Dkt. No. 16. The Court referred this matter to Magistrate Judge R. Steven Whalen, who issued a Report and Recommendation on February 11, 2019 that Granted Defendant's Motion for Summary Judgment and Denied Plaintiff's Motion for Summary Judgment. Dkt. No. 17. Neither party has filed an objection to the Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by the rules of the court.").

Upon review of the parties' briefs and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate reached the correct conclusion.

Accordingly, the Court ACCEPTS and ADOPTS Magistrate Judge Whalen's February 11, 2019 Report and Recommendation [#17] as this Court's findings of fact and conclusions of law.  Defendant's Motion for Summary Judgment [#16] is hereby GRANTED and Plaintiff's Motion for Summary Judgment [#15] is DENIED.

IT IS SO ORDERED.

Dated: March 11, 2019

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 11, 2019, by electronic and/or ordinary mail.

s/Teresa McGovern
Case Manager